IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TIMOTHY ROTHSCHILD,

Plaintiff

VS.

WARDEN SCHOFIELD, *et al.*,

Defendants

**NO. 5: 04-CV-144 (CAR)**

PROCEEDINGS UNDER 42 U.S.C. § 1983
BEFORE THE U.S. MAGISTRATE JUDGE

## RECOMMENDATION OF DISMISSAL

On March 15, 2005, defendants in the above-captioned case filed a MOTION TO DISMISS plaintiff's complaint on various grounds. Tab #10. Thereafter, on March 16, 2005, the undersigned advised plaintiff of said motion and his duty to respond properly thereto. Plaintiff was further advised that failure to respond within twenty (20) days would result in a recommendation of dismissal. Tab #11. The plaintiff has failed to file a response to the defendants' motion.[1] Therefore, the undersigned finds that the plaintiff has willfully refused to comply with the court's order.

Accordingly, IT IS RECOMMENDED that the defendants' MOTION TO DISMISS (Tab #10) be **GRANTED** as UNCONTESTED. Pursuant to 28 U.S.C. §636(b)(1) the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom the case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

The Clerk is directed to serve the plaintiff with a copy of this order by mailing it to him at the LAST ADDRESS provided by him.

SO RECOMMENDED, this 12th day of APRIL, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1]The undersigned's order to respond to the defendants' motion was returned to the court as undeliverable.