IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TIMOTHY JOHN ROTHSCHILD,** | : |
| **Plaintiff,** | : |
| vs. | : 5:04-CV-144 (CAR) |
| **WARDEN SHOUFIELD, et al.,** | : |
| **Defendants.** | : |

### *ORDER ON UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 13] that Defendants' Motion to Dismiss [Doc. 10] be granted as uncontested in that Plaintiff was advised to respond [Doc. 11] and did not do so. The docket shows that this Order [Doc. 11] was returned as undeliverable. The docket reflects that this is the third time that legal mail sent to Plaintiff has been returned as undeliverable. Also, Plaintiff did not file an objection to the recommendation. The Court is attempting to communicate with Plaintiff, and it is Plaintiff's responsibility to update the Court as to his whereabouts in order to prosecute his case. Federal Rule of Civil Procedure 41(b) states that a case may be dismissed for a clear record of delay. The court's inherent power to dismiss cases in which plaintiff has failed to diligently prosecute his action "is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." Link v. Wabash R.R., 370 U.S. 626, 630 (1962).

The Court, having considered the matter, agrees with the Recommendation. Therefore, the Recommendation is **HEREBY ADOPTED and MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 19th day of May, 2005.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LTH/jec